UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>Greenbelt Division</u>

| | | |
|---|---|---|
| IN RE: | ∗ | |
| | ∗ | Case No.: 14-13186-WIL |
| CRAIG PRICE | ∗ | |
| ARREE PRICE | ∗ | Chapter 13 |
| | ∗ | |
| Debtors | ∗ | |

∗     ∗     ∗     ∗     ∗     ∗     ∗     ∗     ∗     ∗     ∗     ∗     ∗

### MOTION AND NOTICE TO COMPROMISE CONTROVERSY

Pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(3) and 9019,  Nancy Spencer Grigsby, Chapter 13 Trustee, moves this Court to compromise a controversy and states:

1.    On March 3, 2014, Craig William Price and ArRee Price (the "Debtors") filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.  The case was subsequently dismissed on July 8, 2015.

2.    The Debtors were represented by Todd Lewis, Esq.

3.    Subsequent to dismissal of the case, the Trustee filed a Motion for Order to Justify and Disgorge Attorney Fees, wherein the Trustee requested that Mr. Lewis disgorge attorney fees received during the Debtors' bankruptcy cases.  Mr. Lewis filed a Response to the Trustee's Motion.

4.    Mr. Lewis and the Trustee have now reached a settlement resolving their dispute, wherein Mr. Lewis has agreed to refund $3,150.00 to the Debtors.

5.    Given the facts of this case, the Trustee and Mr. Lewis have determined that this settlement is reasonable and in the best interest of the parties.

6.    *A copy of the Settlement Agreement has been attached as Exhibit A*.

7.    In order to avoid the cost, expense, and risk of further litigation that may delay the resolution of this case, the Trustee requests that the Court approve the foregoing compromise of controversy.

WHEREFORE, the Trustee requests that the compromise of controversy between the Trustee and Mr. Lewis be approved.

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that Nancy Spencer Grigsby, Chapter 13 Trustee ("Trustee"), is proposing to enter into the foregoing Settlement Agreement ("Agreement") in the above-referenced bankruptcy case.

In resolving this matter with the Trustee has taken into consideration the fact that the Agreement eliminates the costs and risks associated with litigating a Trustee's Complaint.  The Trustee believes the Agreement is in the best interests of the estate and creditors alike.

**ANY PARTY IN INTEREST WISHING TO OPPOSE THE AGREEMENT OR ATTORNEY FEES MUST:**

- FILE AN OBJECTION IN WRITING SPECIFICALLY STATING THE FACTUAL AND LEGAL BASIS OF THE OBJECTION

- FILE SUCH OBJECTION WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 101 WEST LOMARD STREET, BALTIMORE, MD 21201 **AND**

- SERVE A COPY OF SUCH OBJECTION UPON THE COUNSEL NAMED BELOW

WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.

THE COURT MAY, AT ITS OWN DISCRETION, ENTER AN ORDER APPROVING THE SETTLEMENT AGREEMENT IN THE UNDERLYNG BANKRUTPCY CASE WITHOUT SCHEDULING A HEARING, REGARDLESS OF WHETHER OBJECTIONS ARE FILED. PARTIES IN INTEREST WITH QUESTIONS REGARDING THE STIPULATION MAY CONTACT THE TRUSTEE.

Date:  August 2, 2016

Respectfully submitted,

Nancy Spencer Grigsby
Chapter 13 Trustee

By Counsel:
/s/ Rebecca A. Herr
Rebecca A. Herr
Federal Bar No. 29298
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
Tel. 301-805-4700
E-mail: bherr@ch13md.com
ngrigsby@ch13md.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 2, 2016, the Trustee's Motion to Compromise Controversy and the Notice of Motion were served electronically to those recipients authorized to receive a Notice of Electronic Fling by the Court and/or mailed, first class, postage prepaid, to the parties listed below:

**Todd Lewis**
The Consumer Advocacy Group PLLC
2200 Wilson Boulevard
Suite 102-50
Arlington, VA 22201
*Counsel to The Lewis Law Group, PLLC*

**Craig William Price**
**ArRee Price**
20607 Wilderness Run Rd
Boonsboro, MD 21713
*Debtors*

**Jan Berlage**
GOHN, HANKEY STICHEL & BERLAGE, LLP
201 North Charles Street
Suite 2101
Baltimore, MD 21201
*Debtors' Counsel in Bankruptcy Case No. 16-11024-WIL*       /s/ Rebecca Herr

                                    Rebecca Herr