UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | ) | Case No. 14-13186-WIL |
| | ) | |
| **CRAIG PRICE** | ) | Chapter 13 |
| **ARREE PRICE** | ) | |
| | ) | |
| **Debtors** | ) | |
| | ) | |
| | ) | |
| | ) | |

**SETTLEMENT AGREEMENT**

This Settlement Agreement is made and entered into on July 25, 2016, by and between:

(a)  Todd Lewis and the Lewis Law Group, PC ("Counsel") and

(b)  Nancy Spencer Grigsby ("Trustee")

RECITALS

WHEREAS, Counsel represented the Debtors in three Bankruptcy Cases before this court;

WHEREAS, the Trustee filed a Motion for Order to Justify and Disgorge Attorney fees and Counsel filed a Response

NOW, THEREFORE, IT IS HEREBY AGREED by and between the Parties that:

1.  Counsel and Trustee have reached an amicable resolution of the claims raised in the Trustee's Motion

2.  The Trustee shall file a motion with the Court seeking the Court's approval to enter into this Agreement.

4.  Counsel will refund Craig Price and ArRee Price the amount of $3,150.00, which is to be paid by law firm check to Trustee on or before August 1, 2016.

5.  The Parties acknowledge and state that the settlement of the Controversy between the parties is a compromise of all disputed claims. This settlement is made for the express purpose of avoiding the expense of litigation and to resolve the issues raised by the Controversy and is not, nor shall it be construed as, an admission of wrongdoing, negligence, or liability on

the part of Counsel.

13. THE PARTIES HAVE: (A) READ THIS AGREEMENT CAREFULLY; (B) OBTAINED THE ADVICE OF LEGAL COUNSEL, OR HAVE VOLUNTARILY ELECTED NOT TO DO SO; AND ( C) ARE FULLY INFORMED OF THE CONTENT AND MEANING OF THIS SETTLEMENT AND RELEASE.  THE PARTIES ARE EXECUTING THIS NEGOTIATED SETTLEMENT AND RELEASE VOLUNTARILY AND NOT UNDER DURESS OF ANY KIND.

Dated: August 2, 2016

/s/ Nancy Spencer Grigsby
Nancy Spencer Grigsby, Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
Telephone (301) 805-4077
ngrigsby@ch13md.com

/s./Todd Lewis
Todd Lewis, Esq.
The Consumer Advocacy Group, P.L.L.C.
2200 Wilson Blvd., Suite 102-50
Arlington, Virginia 22201
Telephone (202) 550-9898
*Counsel to The Lewis Law Group, PLLC*

I HEREBY CERTIFY that the signatures represented by the _____/s/_____ on this copy reference the signatures of consenting parties on the original document.

/s/ Rebecca Herr
Rebecca Herr, Esq.