IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

CRAIG PRICE
ARREE PRICE

Case No.: 14-13186-WIL
Chapter 13

Debtors

**CONSENT MOTION TO FURTHER EXTEND TIME TO RESPOND TO
CHAPTER 13 TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY**

Judy A. Robbins, the United States Trustee for Region 4 ("United States Trustee"), by counsel, hereby moves for an extension of time in which to respond to the Chapter 13 Trustee's Motion and Notice to Compromise Controversy ("Settlement Motion") (Dkt. 120). The Chapter 13 Trustee is seeking approval of a settlement agreement with Debtors' former counsel, Todd Lewis ("Counsel").

The United States Trustee is concerned because of the serious allegations raised in the Chapter 13 Trustee's Motion for Order to Justify and Disgorge Attorney Fees ("Motion to Disgorge")(Dkt. 103) underlying the Settlement Motion and the review of the underlying transactions that raise concerns about Counsel's conduct in the bankruptcy cases. The United States Trustee has been performing an investigation and intends to file an objection to the Settlement Motion. Due to circumstances involving the health of the undersigned Greenbelt Assistant United States Trustee and the October 6th passing of the father of the Assistant U.S. Trustee for Baltimore who is leading the United States Trustee's investigation, the United States Trustee respectfully requests an additional week to file her Objection.

WHEREFORE, in consideration of the foregoing, the United States Trustee respectfully requests that the Court enter an Order granting this Motion and extending the response period for

1

the Settlement Motion for 7 days, until October 14, 2016, and for such other and further relief as the Court deems just and proper.

                              Respectfully submitted,

Dated: October 6, 2016                      **JUDY A. ROBBINS**
                                                  United States Trustee for Region 4
                                                  By Counsel:

                                                  */s/ Catherine M. Stavlas*
                                                  Catherine M. Stavlas, Bar No. 25286
                                                  Assistant U.S. Trustee
                                                  Office of the U. S. Trustee
                                                  6305 Ivy Lane, Suite 600
                                                  Greenbelt, Maryland 20770
                                                  (301) 344-6216
                                                  (301) 344-8431 (fax)
                                                  Email: Catherine.m.stavlas@usdoj.gov

READ AND CONSENTED TO:


*/s/Rebecca A. Herr*
Rebecca A. Herr, Bar No. 29298
185 Admiral Cochrane Dr.
Ste 240
Annapolis, MD 21401

*Counsel for the Chapter 13 Trustee*

**CERTIFICATION PURSUANT TO ADMIN. ORDER 03-02**

 I HEREBY CERTIFY that the terms of the foregoing Consent Motion to Further Extend Time to Respond to Chapter 13 Trustee's Motion to Compromise Controversy submitted to the Court are identical to those set forth in the original Consent Motion to Further Extend Time to Respond to Chapter 13 Trustee's Motion to Compromise Controversy, and the signatures represented by the */s/* on this copy reference the consent of the parties to filing of this Consent Motion.

             */s/ Catherine M. Stavlas*
             Catherine M. Stavlas

**CERTIFICATE OF SERVICE**

 I hereby certify that, on the 6th day of October, 2016, a copy of the foregoing Consent Motion to Further Extend Time to Respond to the Chapter 13 Trustee's Motion to Compromise Controversy was served via ECF notification upon the following individuals:

Rebecca A. Herr, Counsel to Chapter 13 Trustee
Nancy Grigsby, bherr@ch13md.com
Todd Lewis, at todd.lewis@cagpllc.com

and by first-class mail, postage prepaid on the following:

**Craig William Price**
**ArRee Price**
20607 Wilderness Run Rd
Boonsboro, MD 21713
*Debtors*

**Jan Berlage**
GOHN, HANKEY STICHEL & BERLAGE, LLP
201 North Charles Street
Suite 2101
Baltimore, MD 21201
*Debtors' Counsel in Bankruptcy Case No. 16-11024-WIL*

             */s/ Catherine M. Stavlas*
             Catherine M. Stavlas